UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex Rel.* NATASHA DIXON, THE STATE OF LOUISIANA *ex rel.* NATASHA DIXON, and NATASHA DIXON, INDIVIDUALLY,<br><br>     Plaintiffs<br><br>v.<br><br>VOLUNTEERS OF AMERICA SOUTH CENTRAL LOUISIANA, INC., VOLUNTEERS OF AMERICA, INC.<br>     Defendant. | CASE NO.: 5:24-CV-00151<br><br>JUDGE: S. MAURICE HICKS, JR<br><br>MAGISTRATE: MARK L HORNSBY |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendant, Volunteers of America, Inc., who, in accordance with Federal Rule of Civil Procedure 7.1, hereby represents that it has no parent corporations and that no publicly owned corporations own 10% or more of its stock.

This 29th day of August 2025.    Respectfully submitted,

 */s/ Michael B. Taylor*
Michael B. Taylor (LA Bar # 39081)
Michael.Taylor@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:    (504) 208-1755
Facsimile:     (504) 208-1759
**COUNSEL FOR DEFENDANTS, VOLUNTEERS OF AMERICA SOUTH CENTRAL LOUISIANA, INC. and VOLUNTEERS OF AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*/s/ Michael B. Taylor*
Michael B. Taylor