**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **NATASHA DIXON** | * |
| | * |
| **V.** | *   5:24-CV-00151-SMH-MLH |
| | * |
| **VOLUNTEERS OF AMERICA SOUTH** | * |
| **CENTRAL LOUISIANA, INC. ET AL.** | * |

* * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Volunteers of America, Inc. represents that it has no parent corporation, nor does it have any stock. Thus, no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Elizabeth A. Roussel*
Elizabeth A. Roussel #27943
Taylor P. Smith #41421
701 Poydras St. Ste. 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
liz.roussel@arlaw.com
taylor.smith@arlaw.com
*Counsel for Defendants*